IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RENE GARCIA                                                                                          PLAINTIFF

v.                                        Case No. 5:13-CV-05102

OFFICER CUZIK, Washington County Detention Center                                    DEFENDANT

**O R D E R**

Currently before the Court are the proposed findings and recommendations (Doc. 31) of the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas. The time for filing objections has passed, and no objections have been filed by any party.

The Court has reviewed this case and finds that the report and recommendation is proper, contains no clear error, and should be and hereby is ADOPTED IN ITS ENTIRETY. Accordingly, for the reasons stated in the Magistrate's report and recommendations, IT IS ORDERED that Defendant's motion for summary judgment (Doc. 19) is GRANTED and Plaintiff's claims are DISMISSED WITH PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 10th day of September, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE